UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIA PEREZ-BARRIERA

                        Plaintiff

   *against*

THE STOP & SHOP SUPERMARKET COMPANY LLC

                       Defendant
---------------------------------------------------------------X

Docket #: 1:20-cv-4251

## NOTICE OF FILING OF PETITION FOR REMOVAL

PLEASE TAKE NOTICE that the defendant has on this date filed a Petition for Removal in the office of the Clerk of the United States District Court for the Eastern District of New York.

Dated: Mineola, New York
        September 11, 2020

THE STOP & SHOP SUPERMARKET COMPANY LLC

By: _____
JEROME C. CHAPMAN IV [JC7166]
TORINO & BERNSTEIN, P.C.
Attorney for Defendant
200 Old Country Road, Suite 220
Mineola, NY 11501
(516) 747-4301 Fax: (516) 747-5956

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this September 11, 2020, to GARY P. KAUGET, P.C. 9201 Fourth Avenue, Suite 200A, Brooklyn, New York 11209.

_____
JEROME C. CHAPMAN IV