- E X H I B I T   A -

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---------------------------------------------------------------X

MARIA PEREZ-BARRIERA,

                                    Plaintiff,

       -against-

STOP & SHOP, INC.,

                                    Defendant.

Index No.:
Date Filed:

Plaintiff designates Kings County as the place of trial

The basis of the venue is plaintiff's residence

**SUMMONS**

Plaintiff resides at
295 Hemlock Street
Brooklyn, NY 11208

---------------------------------------------------------------

To the above named Defendant

     **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorneys Gary P. Kauget, P.C. within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Brooklyn, New York

Defendant's Address:
Stop & Shop: 92-10 Atlantic Avenue, Ozone Park, NY 11416

                                                    _____
                                                   Gary P. Kauget, P.C.
                                                   Attorneys for Plaintiff
                                                   9201 Fourth Avenue, Suite 200A
                                                   Brooklyn, NY 11209
                                                   (718) 833-2496

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------X
MARIA PEREZ-BARRIERA,

                 Plaintiff,        VERIFIED COMPLAINT

     -against-              Index Number:
                                          Date Filed:
STOP & SHOP, INC.,

                 Defendants.
-------------------------------------X

       Plaintiff by her attorney, Gary P. Kauget, P.C. complaining of the defendants, STOP & SHOP, INC., alleges upon information and belief as follows:

       FIRST:    That at all times hereinafter mentioned the plaintiff, MARIA PEREZ-BARRIERA, was and is a resident of the County of Kings, State of New York.

       SECOND:    Upon information and belief, that at all times hereinafter mentioned defendant, STOP & SHOP, INC., was and is a domestic corporation, organized and existing under and by virtue of the laws of the State of New York, and maintains its principal office in the County of Kings, State of New York.

       THIRD:    Upon information and belief, that at all times and places hereinafter mentioned, the defendant, STOP & SHOP, INC., was a corporation duly organized and existing under and by virtue of the laws of the State of New York.

FILED: KINGS COUNTY CLERK 06/11/2020 12:54 PM
NYSCEF DOC. NO. 1
INDEX NO. 509778/2020
RECEIVED NYSCEF: 06/11/2020

FOURTH: Upon information and belief, that at all times and places hereinafter mentioned, the defendant, STOP & SHOP, INC., was a foreign corporation doing business in the State of New York.

FIFTH: That at all times herein mentioned the defendant, STOP & SHOP, INC., its agents, servants and employees controlled the premises known as and by 92-10 Atlantic Avenue, in the County of Queens, City and State of New York.

SIXTH: That at all times herein mentioned the defendant, STOP & SHOP, INC., its agents, servants and employees maintained the premises known as and by 92-10 Atlantic Avenue, in the County of Queens, City and State of New York.

SEVENTH: That at all times herein mentioned the defendant, STOP & SHOP, INC., its agents, servants and employees managed the premises known as and by 92-10 Atlantic Avenue, in the County of Queens, City and State of New York.

EIGHTH: That at all times herein mentioned the defendant, STOP & SHOP, INC., its agents, servants and employees owned the premises known as and by 92-10 Atlantic Avenue, in the County of Queens, City and State of New York.

NINTH: That the defendants, STOP & SHOP, INC., its agents, servants and employees had a duty to properly maintain said premises and to keep said premises in a reasonably safe condition.

TENTH: That the defendants, STOP & SHOP, INC., its agents, servants and employees breached their duty to maintain said premises and to keep said premises in a reasonably safe condition.

ELEVENTH: That on September 10, 2019 the plaintiff, MARIA PEREZ-BARRIERA, was lawfully upon said premises.

TWELFTH: That on September 10, 2019, while lawfully upon said premises, the plaintiff, MARIA PEREZ-BARRIERA, was caused to slip and fall and sustain serious and severe personal injuries as a result of the negligence of the defendant, its agents, servants, and employees.

THIRTEENTH: That the foregoing occurrence was caused solely and wholly as a result of the negligence of the defendant, its agents, servants, and employees, without any negligence on the part of the plaintiff contributing thereto.

FOURTEENTH: That as a result of the foregoing, plaintiff, MARIA PEREZ-BARRIERA, sustained serious, severe and permanent personal injuries.

FIFTEENTH: That this action falls within one or more of the exceptions set forth in CPLR 1602.

SIXTEENTH: That as a result of the foregoing plaintiff has been damaged in an amount that exceeds all of the jurisdictional limits of the lower Courts.

WHEREFORE, plaintiff demands judgment against the

defendants in an amount to be determined at the time of trial, together with the costs and disbursements of this action.

GARY P. KAUGET, P.C.
Attorney for Plaintiff
9201 Fourth Avenue, Suite 707
Brooklyn, NY 11209
(718) 833-2496

## ATTORNEY'S VERIFICATION

GARY P. KAUGET, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury: I am an attorney at GARY P. KAUGET, P.C., attorneys of record for Plaintiff(s), MARIA PEREZ-BARRIERA. I have read the annexed **COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records and other pertinent information contained in my files.

This verification is made by me because Plaintiff(s) is/are not presently in the county wherein I maintain my offices.

DATED:   Brooklyn, New York

_____
GARY P. KAUGET

Index No.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

MARIA PEREZ-BARRIERA,

       Plaintiff(s),

-against-

STOP & SHOP SUPERMARKET COMPANY,

       Defendant(s).

---

**SUMMONS AND VERIFIED COMPLAINT**

---

**GARY P. KAUGET, PC**
*Attorneys for Plaintiff(s)*
**9201 Fourth Ave, Suite 200A
Brooklyn, NY 11209
(718) 833 2496**

---

Certification Pursuant to 22 NYCRR 130-1.1a

To the best of the undersigned's knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the within documents and contentions therein are not frivolous as defined in 22 NYCRR 130-1.1a

Brooklyn, NY

                                                                           Gary P. Kauget, PC